IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**CALVIN C. MONTGOMERY,**

**Defendant.**                                                        **No. 06-cr-30071-DRH**

## ORDER

**HERNDON, District Judge:**

On June 13, 2007, the undersigned received a letter from Eric Wilson, the Warden at Metropolitan Correctional Center, requesting an additional 15 days to complete Defendant's examination.[1] Pursuant to **18 U.S.C. § 4241**, the Court **ALLOWS** the 15-day extension to complete the evaluation.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2007.

/s/      David   RHerndon
**United States District Judge**

---

[1] On April 19, 2007, the Court entered an Order pursuant to 18 U.S.C. 4241 granting Defendant's motion for psychiatric or psychological evaluation (Doc. 21).