IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**CALVIN C. MONTGOMERY,**

**Defendant.**                                            No. 06-cr-30071-DRH

### ORDER

**HERNDON, District Judge:**

On August 10, 2007, the Court heard oral argument on Montgomery's pro se motion to dismiss court appointed counsel and granted the motion (Doc. 25). Thus, the Court **APPOINTS** attorney Brian K. Trentman as counsel for Montgomery. The Court **ORDERS** Mr. Cronin to turn over Montgomery's file to Mr. Trentman as soon as possible.  Further, the Court sets this matter for competency hearing on August 30, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 13th day of August, 2007.

/s/     David RHerndon
United States District Judge