IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**CALVIN C. MONTGOMERY,**

**Defendant.**                                        No. 06-cr-30071-DRH

## ORDER

**HERNDON, Chief Judge:**

On November 19, 2007, the Court held oral argument on Montgomery's motion to dismiss (Doc. 44). Based on the reasons stated on the record, the Court **DENIES** Montgomery's motion to dismiss.

**IT IS SO ORDERED.**

Signed this 20th day of November, 2007.

/s/      DavidRHerndon
Chief Judge
United States District Court